IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STAR SCIENTIFIC, INC.          *

       Plaintiff             *

    vs.                        *   CIVIL ACTION NO. MJG-01-1504
                                    (Consolidated with MJG-02-2504)
R.J. REYNOLDS TOBACCO COMPANY, *
et al.
       Defendants            *

*   *   *   *   *   *   *   *   *

JUDGMENT ORDER

By separate Order issued this date, the Court has denied Plaintiff Star Scientific's Renewed Motion for Judgment as a Matter of Law and, in the Alternative, for a New Trial [Document 1095].

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants R.J. Reynolds Tobacco Company, a North Carolina corporation, and R.J. Reynolds Tobacco Company, a New Jersey corporation against Plaintiff Star Scientific, Inc. dismissing all claims with prejudice and awarding all assessable costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this <u>Monday, December 21, 2009</u>.

                                                             /s/_____
                                                  Marvin J. Garbis
                                      United States District Judge